THE PEOPLE OF THE STATE OF NEW YORK ex rel. GLENN E. VAN NORSTRAND, Appellant, v HAROLD D. GRAHAM, Superintendent, Auburn Correctional Facility, Respondent.

Submitted March 21, 2011; decided May 10, 2011

Motion, insofar as it seeks leave to appeal from the Appellate Division order dismissing the appeal from the order of Supreme Court that denied appellant's motion for a stay and reconsideration, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

Judge PIGOTT taking no part.